IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                          Case No. 19-15741-TBM
                                                                 Chapter 13

Tricia Rae Purvis

Debtor(s).

## **VERIFIED MOTION TO ENFORCE TERMS OF STIPULATION**

       COMES NOW U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V as serviced by Rushmore Loan Management Services, ("Movant"), by and through its attorney, Heather L. Deere, and hereby moves the Court to enter an order granting Movant relief from the automatic stay pursuant to the terms of a Stipulation previously filed and approved by the Court. As grounds therefore it is stated as follows:

       1.       On May 6, 2020, Mortgage Research Center, LLC DBA Veterans United Home Loans, a Missouri Limited Liability Company and the Debtor filed a Stipulation for Relief from Automatic Stay if Uncured Default Occurs (the "Stipulation"), a copy of which can be found at docket number 64. The loan that was subject to the Stipulation was transferred to U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V as evidence by a Transfer of Claim filed on July 15, 2022 under Claim Number 18.

       2.       Pursuant to the terms of the Stipulation, the Debtor was to cure the post-petition default by making extra monthly payments starting on June 15, 2020 and to remain strictly current on all future post-petition payments due on the loan starting with the June 1, 2020 payment.

       3.       In the Stipulation, it was agreed that in the event of a default by the Debtor on any payment due pursuant to the terms of the Stipulation, Movant would send written notice of the default to the Debtor and Debtor's attorney. If the default was not cured in full within ten (10) days of the date of the notice, Movant would be entitled to *ex-parte* relief from the automatic stay, upon the filing of a verified motion to enforce the terms of the Stipulation outlining the Debtor's default with Court, with respect to the property described as follows:

> LOT 6, BLOCK 8, SUMMER VALLEY SUBDIVISION FILING NO. 7, COUTY OF ARAPAHOE, STATE OF COLORADO.
> Purported common address: 3723 S. Walden Way, Aurora, Colorado 80013

       4.       On May 7, 2020, the Court approved the terms of the Stipulation and made it an order of the Court (docket no. 65).

       5.       The Debtor failed to make the required monthly post-petition payments due on June 1, 2020 through December 1, 2022; and the stipulation payments due on July 15, 2020 through December 15, 2020, as required by the terms of the Stipulation. The total amount of the default as of December 20, 2022 was $68,268.82.

6. The required written notice of the default, including the amount of the default, was mailed to the Debtor and the Debtor's attorney on December 28, 2022. A copy of the notice is attached hereto as "Exhibit A" and incorporated herein by reference. The written notice, in accordance with the Stipulation agreed to by the Debtor, required the Debtor to cure the default in full within 10 days of the date of the letter.

7. As of January 13, 2023, the Debtor has failed to cure the entire default owed to Movant as outlined in the December 28, 2022 Notice. The default is substantial and constitutes sufficient grounds and cause for the granting of relief from the stay pursuant to terms of the Stipulation.

8. The Creditor requests that the court waive the fourteen (14) day stay period pursuant to Rule 4001(a)(3) as agreed by the Parties in the Stipulation. Further, Creditor requests that it is exempted from further compliance with Federal Rule of Bankruptcy Procedure 3002.1 in the instant bankruptcy case.

WHEREFORE U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V respectfully requests the Court to grant it relief from the stay pursuant to the terms of the Stipulation previously approved by the Court with respect to the above-described property as listed in Paragraph 3, and for such further relief as the Court deems proper.

Dated: January 17, 2023

    Respectfully Submitted,

    Halliday, Watkins & Mann, P.C.

    */s/ Heather L. Deere*
    Heather L. Deere, #28597
    Attorney for Movant
    355 Union Boulevard, Suite 250
    Lakewood, CO 80228
    (303) 274-0155
    (303) 274-0159 (fax)
    bankruptcyco@hwmlawfirm.com

## UNSWORN DECLARATION IN SUPPORT OF THE VERIFIED MOTION TO ENFORCE TERMS OF STIPULATION

I, Heather L. Deere, hereby declare that I am an attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V. I have personally reviewed the post-petition payment history of U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V with respect to the loan account of the Debtor, Tricia Rae Purvis, as well as the Stipulation for Relief from the Automatic Stay if Uncured Default Occurs filed on May 6, 2020. Based on my review of the post-petition payment history of Movant and based on my personal knowledge, the loan was in default when the Notice of Default was mailed out on December 28, 2022. Further, the Debtor has failed to cure the default as outlined in the December 28, 2022 notice. Finally, I hereby declare based on my personal knowledge and under penalty of perjury the foregoing contents of the Verified Motion to Enforce Terms of Stipulation are true and accurate.

Dated: January 17, 2023

Respectfully Submitted,

Halliday, Watkins & Mann, P.C.

 */s/ Heather L. Deere*
Heather L. Deere, #28597
Attorney for Movant
355 Union Boulevard, Suite 250
Lakewood, CO 80228
(303) 274-0155
(303) 274-0159 (fax)
bankruptcyco@hwmlawfirm.com

**"EXHIBIT A"**

**Halliday, Watkins & Mann, P.C.**
**Colorado Office**
**355 Union Blvd., Suite 250**
**Lakewood, Colorado 80228**
Telephone: (303) 274-0155
Fax: (303) 274-0159
E-Mail: bankruptcyco@hwmlawfirm.com

December 28, 2022

Tara Gaschler Salinas
501 S. Cherry Street, Ste. 1100
Denver, CO 80246

|     |     |     |
| --- | --- | --- |
| RE: | Debtor(s): | Tricia Rae Purvis |
|     | Our File No.: | CO10926 |
|     | Case No.: | 19-15741-TBM |
|     | Property: | 3723 S. Walden Way, Aurora, CO 80013 |

Dear Tara Gaschler Salinas:

This letter is being sent pursuant to the terms of the Stipulation for Relief from Automatic Stay if Uncured Default Occurs entered between the Debtor and Mortgage Research Center, LLC D/B/A Veterans United Home Loans, a Missouri Limited Liability Company which was approved by the Court on May 7, 2020 (docket number 65). A copy of the Stipulation, filed on May 6, 2020, can be found at docket number 64.

The loan was transferred to U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V as evidence by a Transfer of Claim filed on July 15, 2022 under Claim Number 18. The loan is currently serviced by Rushmore Loan Management Services LLC.

The Stipulation required the Debtor to cure the post-petition default by making extra monthly payments starting on June 15, 2020 and to remain strictly current on all future post-petition mortgage payments starting with the June 1, 2020 payment.

In accordance with the terms of the Stipulation, you and the Debtor are hereby notified the Debtor has defaulted in the regular monthly post-petition payments due on July 1, 2020 through December 1, 2022; and the stipulation payments due on July 15, 2020 through December 15, 2021. The total amount of the default as of the date of this letter is $68,269.82 calculated as follows:

| | |
|---|---|
| 11 regular payments @ $1,898.55 (7/1/20 to 5/1/21) | $20,884.05 |
| 12 regular payments @ $1,791.11 (6/1/21 to 5/1/22) | $21,493.32 |
| 7 regular payments @ $1,779.03 (6/1/22 to 12/1/22) | $12,453.21 |
| 17 stipulation payments @ $850.00 (7/15/20 to 11/15/21) | $14,450.00 |

|  |  |
|---|---|
| 1 stipulation payment @ $360.00 (12/15/21) | $360.00 |
| Attorney fee | $100.00 |
| Unapplied funds | ($1,470.76) |
| Total default as of December 20, 2022 | $68,269.82 |

The Debtor has failed to keep the account current as required by the Stipulation. This is the Debtor's first (1st) Notice of Default under the terms of the Stipulation.

If the entire default amount of $68,269.82 (in <u>certified funds</u> only) is not cured within thirteen (13) days of the date of this letter (10 days plus 3 days for mailing), we shall file a request for relief from the automatic stay with the Court under the terms of the Stipulation.

Please be advised that the certified funds should be sent directly to Rushmore Loan Management Services.

**Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm may be deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose. Please note that any Debtors represented by Counsel needs to refer all questions to their Counsel.**

If you have any questions, please contact our office.

Sincerely,

Halliday, Watkins & Mann, P.C.

By _____
Heather L. Deere

cc:   Tricia Rae Purvis
      3723 South Walden Way
      Aurora, CO 80013

## CERTIFICATE OF SERVICE

The undersigned certifies that January 17, 2023, copies of the Verified Motion to Enforce Terms of Stipulation and Proposed Order were electronically served via the Court's CM/ECF electronic service system pursuant to L.B.R. 9036-1(a) on the following:

Tara Gaschler Salinas
Attorney for Debtor(s)
*Via CM/ECF*

Douglas B. Kiel
Chapter 13 Trustee
*Via CM/ECF*

US Trustee
*Via CM/ECF*

The undersigned certifies that on January 17, 2023, copies of the Verified Motion to Enforce Terms of Stipulation and Proposed Order were served via U.S. Mail, postage pre-paid, on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BNKR.P., and the L.B.R at the following addresses:

Tricia Rae Purvis
3723 South Walden Way
Aurora, CO 80013

*/s/ Michelle Sanchez*