IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                           Case No.  19-15741-TBM
Chapter 13

Tricia Rae Purvis

Debtor(s).

## ORDER GRANTING RELIEF FROM STAY PURSUANT TO STIPULATION

THIS MATTER is before the Court on U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V's Verified Motion to Enforce Terms of Stipulation.

THE COURT, having reviewed the file, the Stipulation of the parties previously filed with this Court, and being advised of the premises, finds that the Debtor has defaulted in the payments due under the terms of the Stipulation and that U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V is entitled to relief from stay.

THE COURT, being duly advised, hereby orders that the relief sought by the Motion to Enforce Terms of Stipulation should be granted, and U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V or servicers, successors and assigns, is hereby granted relief from stay in order to proceed to foreclose on, and/or take possession of, by way of appointment of receiver or otherwise, the collateral described as:

LOT 6, BLOCK 8, SUMMER VALLEY SUBDIVISION FILING NO. 7, COUTY OF ARAPAHOE, STATE OF COLORADO.

Purported common address: 3723 S. Walden Way, Aurora, Colorado 80013

The fourteen (14) day stay period provided by Federal Rules of Bankruptcy Procedure, Rule 4001(a)(3) is hereby waived, and Movant may immediately implement and enforce this Order.  Further, Creditor is exempted from further compliance with Federal Rule of Bankruptcy Procedure 3002.1 in the instant bankruptcy case.

DATED this 2nd day of February, 2023.

BY THE COURT:

*Thomas B. McNamara*
U.S. Bankruptcy Court Judge
Thomas B. McNamara